# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2529 | **DATE** | 11/1/2006 |
| **CASE TITLE** | Allianz Global Risks vs. Loeb, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 11/1/2006. It is hereby ordered that defendant Paul L. Loeb, d.b.a.. American Backhaulers, Inc. is dismissed as a named defendant in this action. Plaintiff has to including December 5, 2006 to reinstate defendant Paul L. Loeb as a named defendant. Terminating Paul L. Loeb as a named defendant.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SLB |
|---|---|---|